IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ANDREW S. BITTING, a/k/a Andrew** | : | |
| **Stephen Bitting, a/k/a Andrew Bitting** | : | **NO. 17-2250** |

## ORDER

**NOW,** this 17th day of August, 2017, upon consideration of the Motion to Extend Time to Make Service (Document No. 2), and the plaintiff's failure to make diligent efforts in a timely manner to serve the defendant, it is **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE.**

/s/TIMOTHY J. SAVAGE